# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| KELLY R. HARRINGTON | § | |
| | § | |
| v. | § | Case No. 4:08cv422 |
| | § | (Judge Schneider/Judge Mazzant) |
| NATIONAL ENTERPRISE SYSTEMS, INC, | § | |
| and NCO FINANCIAL SYSTEMS, INC. | § | |

### FINAL JUDGMENT

Pursuant to the Order of Dismissal with Prejudice as to Defendant NCO entered on the docket on March 15, 2010, and the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge, filed in this matter on March 9, 2010, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that Judgment is entered in favor of Plaintiff against NES in the amount of $3,000.

It is further **ORDERED** that Plaintiff's claim against Defendant NCO Financial Systems, Inc. is dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

All relief not previously granted is hereby DENIED.

**IT IS SO ORDERED.**

**SIGNED** this 17th day of March, 2010.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE